JOSEPH MURPHY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument granted. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ROLLIN A. MUDGE, Respondent, v. JEROME P. MILLER, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HOWARD O CROOKER, Respondent, v. GOOLD BROTHERS, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

IRENE CROOKER, Respondent, v. GOOLD BROTHERS, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ROBERT A. BADGER, Respondent, v. SCOBELL CHEMICAL COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. EDGAR S. JENNINGS, Individually and as Agent and Warden of Auburn State Prison, Respondent.— Motion for leave to appeal to Court of Appeals from order entered March 14, 1928, denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LUIGI AMICO, Respondent, v. SALVATORE ARDELIO and Another, Appellants.— Motion to dismiss appeal granted, unless appeal is ready for argument at the opening of the September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ROBERT L. CUNNINGHAM, Appellant, v. JOHN R. ANDERSON, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

VICTOR CIACCIA, Appellant, v. WILLIAM G. HOFFMAN, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARY G. F. JONES, Respondent, v. TOWN OF CLARKSON, Appellant.— Appeal dismissed unless appellant is ready for argument at the opening of the September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HARRY W. JONES, Respondent, v. TOWN OF CLARKSON, Appellant.— Appeal dismissed unless appellant is ready for argument at the opening of the September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM GOETTEL and Another, Appellants, v. BERNHARDT MAURER and Others, Respondents.— Order entered substituting Nettie L. Goettel, as executrix, etc., of William Goettel, deceased, in the place and stead of William Goettel, deceased. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.